**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| THELMA ANN HATCHER | § | |
| | § | |
| V. | § | NO. 1:14-CV-536 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| Commissioner of Social Security | § | |

## OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed by the parties.

Accordingly, the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately affirming the decision of the Commissioner and dismissing this action.

So **ORDERED** and **SIGNED** this **11** day of **February, 2016.**

_____
Ron Clark, United States District Judge